| | | |
|---|---|---|
| 1 | Jeffrey C. Misley, WSBA 33397 | The Honorable James L. Robart |
| | jmisley@sussmanshank.com | |
| 2 | Andrea R. Meyer, WSBA 54286 | |
| | ameyer@sussmanshank.com | |
| 3 | SUSSMAN SHANK LLP | |
| | 1000 SW Broadway, Suite 1400 | |
| 4 | Portland, OR  97205-3089 | |
| | Telephone: (503) 227-1111 | |
| 5 | Facsimile: (503) 248-0130 | |
| |     Attorneys for Plaintiff | |

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TRIPLE B CORPORATION, dba CHARLIE'S PRODUCE, a Washington corporation, | Case No. 2:20-cv-00030-JLR |
| Plaintiff, | **JUDGMENT OF DEFAULT AGAINST WHOLESOME CHOICE MARKET, INC. AND SIAVOUSH NAYYERI** |
| v. | |
| WHOLESOME CHOICE MARKET, INC., a California corporation, and SIVOUSH aka SAM aka SIAVOUSH NAYYERI, an individual, | NOTE ON MOTION CALENDAR: AUGUST 14, 2020 |
| Defendants. | |

Based on *Plaintiff's Motion for Entry of Default Judgment* (Dkt. # 21), against defendants Wholesome Choice Market, Inc. and Siavoush Nayyeri, the supporting declarations submitted simultaneously therewith, the court's records and files herein, and pursuant to Fed. R. Civ. P. 55 and LCR 55(b), and the court being otherwise fully advised in the premises, it is hereby

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

ADJUDGED that default judgment is hereby entered in favor of Plaintiff and against Wholesome Choice Market, Inc. and Siavoush Nayyeri, jointly and severally, in the principal amount of $60,011.70, plus prejudgment interest in the amount of $9,221.86 through August 13, 2020, and post judgment interest at the rate set forth in 28 U.S.C. § 1961(a). Execution shall issue therefor.

DATED this 22nd day of September, 2020.

_____
JAMES L. ROBART
United States District Judge

Judgment of Default (03520027);4

Presented By:

SUSSMAN SHANK LLP

By s/ Andrea R. Meyer
    Andrea. R. Meyer, WSBA 54286
    ameyer@sussmanshank.com
    Attorneys for Plaintiff

*23299-014\PROPOSED JUDGMENT OF DEFAULT (03520027);4